IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| EDDIE MILTON GAREY, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv547 |
| LEONARD JONES, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Eddie Milton Garey, Jr., an inmate confined at the Federal Correctional Complex located in Beaumont, Texas, proceeding *pro se*, brings this lawsuit.

Discussion

Plaintiff paid the $402.00 filing fee in the above-styled action. Accordingly, on December 13, 2001, an order was entered directing the Clerk to deliver summonses to plaintiff so he could serve the defendants in accordance with FED. R. CIV. P. 4.

Analysis

Rule 4(m) of the Federal Rules of Civil Procedure states:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be effected within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

FED. R. CIV. P. 4(m).

*Pro se* status does not excuse a litigant's failure to effect service. *Systems Signs Supplies v. U.S. Department of Justice*, 903 F.2d 1011, 1013 (5th Cir. 1990). Furthermore, the dismissal is mandatory absent a showing of good cause. *McDonald v. United States*, 898 F.2d 466, 468 (5th Cir. 1990).

Almost six months have elapsed since the date on which the court provided plaintiff with summonses to serve the defendants. On March 25, 2022, the court granted plaintiff's motions for extension of time, and plaintiff was provided an additional thirty (30) days in which to serve the defendants. Further, on May 10, 2022, the court granted plaintiff another extension of fifteen (15)

days in which to serve the defendants. As of this date, however, plaintiff has failed to provide proof of service of the defendants or show good cause for failing to effect service. As a result, plaintiff's claims should be dismissed without prejudice pursuant to FED. R. CIV. P. 4(m).

## Recommendation

Plaintiff's complaint should be dismissed without prejudice pursuant to FED. R. CIV. P. 4(m).

## Objections

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 7th day of June, 2022.

_____
Zack Hawthorn
United States Magistrate Judge