IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| EDDIE MILTON GAREY, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv547 |
| LEONARD JONES, ET AL. | § | |

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Eddie Milton Garey, Jr., a federal prisoner, proceeding *pro se*, brought the above-styled lawsuit against prison officials.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing this action without prejudice pursuant to FED. R. CIV. P. 4(m).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes plaintiff's objections are without merit. Plaintiff has had more than seven months in which to serve the defendants. As of this date, however, plaintiff has failed to serve any of the defendants in accordance with the applicable rules nor has he shown good cause for failing to do so.

Plaintiff has an extensive litigation history and is well-known to the courts. In fact, based on his history of filing frivolous lawsuits, plaintiff is barred from proceeding *in forma pauperis* except in very limited circumstances not present in this action. Further, a review of plaintiff's pleadings reveals plaintiff failed to exhaust his administrative remedies prior to filing this action, as required by 42 U.S.C. § 1997e(a). For these reasons, the court declines to exercise its discretion to order service by the United States Marshal, as plaintiff requests, because it is neither in the interests of justice nor judicial economy to order service of process at taxpayer expense in this case.

O R D E R

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED this 26th day of July, 2022.**

Michael J. Truncale
United States District Judge